IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOYA M. KINNEY,<br><br>Defendant. | Case No. 8:25–CR–117<br><br>**UNOPPOSED MOTION TO DEPOSIT FUNDS TOWARD RESTITUTION IN ADVANCE OF SENTENCING** |

COMES NOW, the Defendant, Joya M. Kinney, by and through her undersigned counsel, and hereby respectfully requests the permission of this Honorable Court to deposit the sum of $80,000.00 with the Clerk of the District Court, prior to sentencing, as a good faith payment toward a portion of the restitution anticipated to be ordered in this case. In support of this Motion, Defendant states as follows:

1. On May 6, 2025, Mrs. Kinney signed a plea agreement wherein she agreed to plead guilty to Count I of an Information alleging a violation of 18 U.S.C. § 666(a)(1)(A);

2. Pursuant to this written plea agreement, Mrs. Kinney has agreed to pay restitution in the amount of at least $452,176.00;

3. On June 17, 2025, Mrs. Kinney appeared before the Honorable Michael D. Nelson and pleaded guilty to Count I of the Information, consistent with her plea agreement;

4. Mrs. Kinney's sentencing is currently scheduled to take place on September 24, 2025;

5. Mrs. Kinney has taken considerable measures to begin the process of repaying the restitution that will be Ordered this in this case, and

    seeks to pay the sum of $80,000.00 in advance of her sentencing, with the recognition that she will be required to continue making payments toward the ultimate sum this Court imposes;

6. Undersigned counsel has discussed this Motion with Assistant United States Attorney John E. Higgins, and he has no opposition.

WHEREFORE, the Defendant respectfully requests that this Honorable Court issue an Order granting the Defendant permission to deposit the sum of $80,000.00 with the Clerk of the District Court, prior to sentencing, as a good faith payment toward a portion of the restitution anticipated to be ordered in this case.

Very respectfully submitted,

 *s/Ryan S. Crnkovich*
Ryan S. Crnkovich, NE Bar #25741
Dornan, Howard, Breitkreutz, Dahlquist & Klein, PC, LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
(402) 884-7044
(402) 884-7045 facsimile
ryan@dltlawyers.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 14th day of July, 2025 a true and correct copy of the foregoing pleading and was electronically filed with the Clerk of the United States Court for the District of Nebraska using the CM/ECF filing system which sent notification of such filing to the following recipients:

John E. Higgins
Assistant U.S. Attorney
1620 Dodge Street, #1400
Omaha, NE 68102
john.higgins@usdoj.gov

                                */s/ Ryan S. Crnkovich*
                                Ryan S. Crnkovich, NE Bar #25741
                                Attorney for Defendant