IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOYA M. KINNEY,<br><br>                Defendant. | 8:25CR117<br><br>**ORDER** |

    This matter is before the Court on defendant Joya M. Kinney's ("Kinney") Unopposed Motion to Deposit Funds Toward Restitution in Advance of Sentencing. (Filing No. 15). Kinney requests permission to deposit the sum of $80,000 with the Clerk of Court for the District of Nebraska, prior to sentencing, as a good faith payment toward a portion of the restitution anticipated to be ordered in this case. The Court concludes that Kinney should be permitted to do so. Accordingly,

    IT IS ORDERED that the Clerk of Court accept restitution payments in this case made by the defendant Joya M. Kinney in an amount up to and including $80,000 prior to sentencing.

    Dated this 15th day of July 2025.

                                                          BY THE COURT:

                                                           Robert F. Rossiter, Jr.
                                                           Chief United States District Judge