IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:25–CR–117 |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION FOR A DOWNWARD VARIANCE (PROBATION)** |
| JOYA M. KINNEY, | |
| Defendant. | |

COMES NOW the Defendant, Joya M. Kinney, by and through her undersigned counsel, and hereby respectfully requests that this Honorable Court exercise its discretion pursuant to 18 U.S.C. § 3553(a) and vary downward by sentencing the Defendant to a term of probation. As paragraph 99 of the Revised Presentence Investigation Report correctly notes, Defendant is statutorily eligible for a sentence of between one and five years of probation because the sole offense of conviction in this case is a Class C Felony. *See* 18 U.S.C. § 3561(c)(1). Defendant is a true, zero-point offender and her offense of conviction is non-violent in nature. However, the United State Sentencing Guidelines exclude her from probation eligibility because she has a Total Offense Level of 15 and falls within Zone D of the Sentencing Table. *See* RPSR at ¶100; U.S.S.G. § 5B1.1. For the reasons set forth in her brief, Defendant submits that a downward variance to a term of probation is appropriate in this case when the factors under 18 U.S.C. §3553(a) are assessed.

1

WHEREFORE, the Defendant respectfully requests that this Honorable Court vary downward and sentence her to a term of probation.

Very respectfully submitted,

*s/Ryan S. Crnkovich*
Ryan S. Crnkovich, NE Bar #25741
Dornan, Howard, Breitkreutz, Dalquist & Klein, PC, LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
(402) 884-7044
(402) 884-7045 facsimile
ryan@dltlawyers.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 22nd day of August 2025 a true and correct copy of the foregoing pleading and was electronically filed with the Clerk of the United States Court for the District of Nebraska using the CM/ECF filing system which sent notification of such filing to the following recipients:

  John E. Higgins, U.S. Attorney's Office- Omaha
  Assistant U.S. Attorney
  1620 Dodge Street, #1400
  Omaha, NE 68102
  John.higgins@usdoj.gov

         */s/ Ryan S. Crnkovich*
         Ryan S. Crnkovich, NE Bar #25741
         Attorney for Defendant